
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>WILBERT EPPS<br><br>*Defendant(s)* | Case No. **16-1762-ADC** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 30, 2016__ in the county of __Baltimore City__ in the
District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Distribution and possession with the intent to distribute heroin |

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 0 1 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This criminal complaint is based on these facts:
See attahed affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Michael DeFranco, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 1, 2016__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*